■ MARY K. HUBERT, Appellant, v JAMES J. DEVINE, Doing Business as JAMES J. DEVINE GRAPHICS, Respondent. [664 NYS2d

728] —In an action, *inter alia,* to recover damages for breach of contract, the plaintiff appeals from an order of the Supreme Court, Dutchess County (Beisner, J.), entered March 13, 1996, which denied her motion for a new trial on the ground that the Referee failed to file a written decision after the matter was finally submitted.

Ordered that the order is affirmed, with costs.

We decline to disturb the Supreme Court's order denying the plaintiff's motion for a new trial on the sole ground that the Referee failed to file a written decision within 30 days after the matter was finally submitted (*see,* CPLR 4319). Miller, J. P., Thompson, Joy and Luciano, JJ., concur.